**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROXIE STREETER,**

        **Plaintiff,**

-vs-                                                                     **Case No. 6:12-cv-163-Orl-22DAB**

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Application to Proceed In Forma Pauperis (Doc. No. 2) filed on February 2, 2012.

The United States Magistrate Judge has submitted a report recommending that the Application be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 13, 2012 (Doc. No. 3) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Application to Proceed In Forma Pauperis (Doc. No. 2) is DENIED.

3. Plaintiff is given leave to file an Amended Complaint alleging facts to support her contention of employment discrimination as set forth in the Report and Recommendation.

4. The Amended Complaint and renewed Application to Proceed In Forma Pauperis shall be filed by **March 28, 2012.** Failure to file the documents as directed shall result in dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 6, 2012.

Copies furnished to:

Roxie A. Streeter, *pro se*

ANNE C. CONWAY
United States District Judge