# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROXIE STREETER,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　Case No:  6:12-cv-163-Orl-22DAB

**FEDEX GROUND PACKAGE SYSTEM, INC.,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on the Motion for Permission to Appeal In Forma Pauperis (Doc. No. 7) filed on July 24, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be DENIED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　The Report and Recommendation filed July 27, 2012 (Doc. No. 8), is ADOPTED and CONFIRMED and made a part of this Order.

2.　The Motion for Permission to Appeal In Forma Pauperis (Doc. No. 7), is hereby DENIED.

3.　The Court certifies that the appeal is not taken in good faith.

**DONE** and **ORDERED** in Orlando, Florida on August 14, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Roxie Streeter, pro se